UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

~~UNITED STATES DISTRICT COURT~~
~~FOR THE DISTRICT OF MARYLAND~~

Diahann J. Buchanan AKA Diahann Mitchell
611 Edgewood Street NE #502
Washington DC. 20017

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Edgewood Management Corporation
9711 Washingtonian Blvd Suite 200
Gaithersburg, MD 20878, et al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case: 1:20−cv−00358   (H Deck)
Assigned To : Unassigned
Assign. Date : 2/10/2020
Description: Employ. Discrim.

July Trial:   ☐ Yes   ☐ No
*(check one)*

**RECEIVED**

FEB 10 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**1**

I.  **The Parties to This Complaint**

    A.  **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Diahann J. Buchanan AKA Diahann Mitchell |
| Street Address | 611 Edgewood Street NE #502 |
| City and County | Washington DC |
| State and Zip Code | DC 20017 |
| Telephone Number | 202-378-7942 |
| E-mail Address | djbmitchell513@gmail.com |

    B.  **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Edgewood Management Corporation |
| Job or Title (if known) | |
| Street Address | 9711 Washingtonian Blvd Suite 200 |
| City and County | Gaithersburg, Montgomery County |
| State and Zip Code | MD 20878 |
| Telephone Number | 301-562-1600 |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name: Rosa Griffin
    Job or Title (if known): General Manager
    Street Address: 9711 Washingtonian Blvd Suite 200
    City and County: Gaithersburg, Montgomery County
    State and Zip Code: MD 20878
    Telephone Number: 301-562-1600
    E-mail Address (if known):

Defendant No. 3

    Name: Tomeka Owens
    Job or Title (if known): ~~Regional Manager~~ Regional Manager
    Street Address: 9711 Washingtonian Blvd Suite 200
    City and County: Gaithersburg, Montgomery County
    State and Zip Code: MD 20878
    Telephone Number: 301-562-1600
    E-mail Address (if known):

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.**     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name: Edgewood Commons
    Street Address: 601 Edgewood Street NE
    City and County: Washington
    State and Zip Code: DC 20017
    Telephone Number: 202-832-0400

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
_____

☑ Relevant state law *(specify, if known)*:
___DC Human Rights Act___

☐ Relevant city or county law *(specify, if known)*:
_____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☐ Retaliation.
☑ Other acts *(specify)*: Treated differently from other Employees

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

From December 2015 through July 1, 2016

C.  I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☑ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race   I am non-Hispanic
☑ color  I am African-American
☑ gender/sex  Male Supervisor on same site not required to do same duties
☐ religion _____
☐ national origin _____
☑ age.  My year of birth is __1963__.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☐ disability or perceived disability *(specify disability)*
_____

5

E.  The facts of my case are as follows. Attach additional pages if needed.

_See attached_

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_I initially filed with OHR which is reviewed by EEOC_

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* _November 15, 2019_.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

6

V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_See attached_

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff      _____
Printed Name of Plaintiff   _____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

*[Signature]* Dustin J Buchanan
2/10/2020

8

## STATEMENT OF CLAIM

### I. Sex Discrimination

1. I am a 56-year-old unemployed woman and resident of the District of Columbia. I was born on May 13, 1963.

2. I was an employee at Edgewood Management Corporation (EMC) as a Maintenance Supervisor from approximately March 1, 1986 until July 1, 2016. Despite diligent efforts, I have been unable to find employment.

3. From approximately December 2015 to July 2016, I experienced workplace discrimination by Rosa Griffin, General Manager, EMC (GM). I was treated less favorably than the two Male Supervisors at other Edgewood Commons Site.

4. Edgewood Commons manages four sites. I was the Maintenance Supervisor for two sites, while Sam (a Dominican male) and Tyrone (a Jamaican male) were the Maintenance Supervisors for the remaining two sites—one at each site.

5. My sites consisted of 344 units but the two male Maintenance Supervisors managed fewer units. Their sites were easier to manage as all of their units were in a high-rise building. My site consisted of nine Garden Buildings and a Mid-rise spread out.

6. From April 9, 2015 to July 1, 2016, construction commenced on my site and I assumed the job as Construction Liaison in addition to my duties as Maintenance Supervisor. I did not receive more pay for the added services.

7. EMC hired GM approximately December 2015. During this time GM continuously called me and required me to perform extra duties which were not required of the two other Male Supervisors, Sam and Tyrone. These extra duties include, but are not limited to:

- Assigned by date and time daily all tickets are to be completed in One Site
- Provide daily To Do List to Community Manager by 9:00 am daily
- HQS units need to itemized/pictures/plan to complete violation/completed tickets
- Provide weekly reports on Friday
- Complete Capital Improvements List
- State Violations Reports
- Provide remaining year on call schedule
- Write Preventative Maintenance for the year
- Answer to Assist Community Manager, Community Manager, and General Manager.
- Male Supervisors answered to Community Manager Only
- Charging residents for damages
- Preventative maintenance tickets in the system
- Detailed skill set of Maintenance technicians, painters and porters.

8. The GM also harassed me by not providing necessary tools to complete the assignments despite my specific requests for these tools on multiple occasions. Those tools include:

- Software passcode for One Site was never provided, I informed General Manager, Community Manager, and the Assistant Manager on several occasions, on To Do List and Weekly reports.
- A Printer to complete HQS of housing violation units it was never provided.

5. I asked my two male counterpart Maintenance Supervisors—Sam and Tyrone—if General Manager called, emailed them, or assigned them the extra duties listed above and they responded she did not. The GM was discriminating against me because of my sex. I was also treated differently than my two male counterparts because my work received more scrutiny.

6. The GM and Regional Manager consistently treated me differently than male employees.

7. I assert that my supervisor never spoke privately about any performance issues or concerns about the renovation project

8. On July 1, 2016, while still on limited duty, GM terminated my employment stating that the company was going in a different direction.

## II. Disability Discrimination

1. On April 6, 2016, my doctor, Dr. Teresa Stone, placed me on sick leave for one week due to bronchial spasms. After that week, Dr. Stone allowed me to return to work on limited duty.

2. Upon returning to work on limited duty, GM required me to come during the second part of the day when most workers already received their instruction. This caused me to duplicate a lot of work and have a harder time managing my supervisees which consisted of an eight person team.

3. Also during this time, GM was continuing to make me conduct the extra duties listed above and allowed contractors to call me in the morning, during my off time.

## III. Race Discrimination

1. The GM would speak Spanish during Maintenance Meetings to my team of employees who were mostly Hispanic, but understood English well. Upon asking her to translate for me and the two other African Americans on my team, she declined and said they were the only ones who needed to understand.

2. The GM and Regional Manager consistently treated me differently than Hispanic employees.

## IV. Age Discrimination

1. I was replaced with a younger, Hispanic male. The GM and Regional Manager consistently treated me differently than Hispanic employees.

2. The GM and Regional Manager consistently treated me differently than younger employees.

2

## V. Relief

1. As a result of my termination, I have suffered several hindrances. The following events are a result of my termination (among other events):

    - I had to move out of my home of over thirty-six years.
    - I had to exhaust my 401K approximately $80,000, since July 2016 to pay for living expenses and medical insurance.
    - In reply to my complaint with the D.C. Office of Human Rights, the GM and Regional Manager made slanderous and libelous statement effecting my reputation.
    - I have been unemployed since my termination with continuous medical issues.

2. I am seeking $550,000 in damages from EMC.