UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIAHANN BUCHANAN,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EDGEWOOD MANAGEMENT CORP.** )<br>)<br>Defendant. )<br>) | Case No. 1:20-cv-00358-APM |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Diahann Buchanan, by her successor Howard Mitchell, and pursuant to Federal Rule of Civil Procedure 41, hereby asks the Court to dismiss this action.

1. Plaintiff filed this lawsuit against Defendant Edgewood Management Corporation and two individual defendants on or about February 1, 2020.

2. Plaintiff later dismissed the two individual defendants from the action. *See* Docket No. 9.

3. Plaintiff passed away on November 1, 2020.

4. By order dated December 11, 2020, the Court stayed the action and directed Plaintiff's next of kin, Howard Mitchell, to notify the Court by March 11, 2021, if he intends to substitute himself as Plaintiff's successor under FRCP 25.

5. Mr. Mitchell has consulted with members of his family and with the Washington Lawyers' Committee for Civil Rights and Urban Affairs. *See* Exs. 1, 2. Having considered his options, Mr. Mitchell has elected to substitute himself as Plaintiff's successor and, in that capacity, voluntarily dismiss this action. *See* Ex. 2.

6. Mr. Mitchell notified the Court of his decision on or about March 10, 2021, and he notified counsel for Defendant on or about March 11, 2021. *See* Ex. 1.

7. Mr. Mitchell requested that Defendant's counsel prepare the appropriate paperwork. *See* Ex. 1.

8. Defendant Edgewood Management Corporation, by counsel, consents to Mr. Mitchell's substitution as Plaintiff's successor and to the dismissal of this action.

Wherefore, Plaintiff, by and through her successor, Howard Mitchell, and with the consent of the Defendant, stipulates to the dismissal of this action.

**/s/Howard Mitchell**
For and on behalf of Plaintiff Diahann Buchanan
611 Edgewood Street, N.E.
No. 502
Washington, D.C. 20017
*Pro Se*

**/s/Michael J. Lorenger**
Michael J. Lorenger (DC Bar # 45146)
LORENGER & CARNELL PLC
651 South Washington Street
Alexandria, Virginia 22314
(703) 684-1808 – Phone
(703) 684-1805 – Fax
mlorenger@lorengercarnell.com

Counsel for Defendant Edgewood Management Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March, 2021, I filed the foregoing with the Court's ECF system and also emailed and mailed copies to Howard Mitchell at the following address:

611 Edgewood Street, N.E.
No. 502
Washington, D.C. 20017

        **/s/Michael J. Lorenger**
        Michael J. Lorenger (DC Bar # 45146)
        LORENGER & CARNELL PLC
        651 South Washington Street
        Alexandria, Virginia 22314
        (703) 684-1808 – Phone
        (703) 684-1805 – Fax
        mlorenger@lorengercarnell.com

        Counsel for Defendant Edgewood
        Management Corporation